## Exhibit A

The dates on which Greenlight Capital, LP purchased Mylan common stock during the relevant period are:

| |
|---|
| 10/28/2015 |
| 10/30/2015 |
| 11/13/2015 |
| 5/6/2016 |
| 5/12/2016 |
| 5/13/2016 |
| 6/10/2016 |
| 9/2/2016 |
| 9/29/2016 |
| 9/30/2016 |
| 10/3/2016 |
| 10/4/2016 |
| 10/5/2016 |
| 10/6/2016 |