UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |
| | Case No. 1:16-CV-8000 (JPO) |
| MYL Litigation Recovery I LLC<br>          v.<br>Mylan N.V., et al. | Case No. 1:19-CV-01799 (JPO) |
| Abu Dhabi Investment Authority<br>          v.<br>Mylan N.V., et al. | Case No. 1:20-CV-01342 (JPO) |

_____

## ORDER

Upon consideration of the United States' Motion to Intervene, as well as all related filings, it is hereby ORDERED that the United States shall be allowed to intervene in these civil actions pursuant to Rule 24 of the Federal Rules of Civil Procedure.

SO ORDERED.

The Clerk is directed to close:
  Dkt. No. 198 (16cv7926)
  Dkt. No. 26 (16cv8000)

Dated: January 22, 2021
         New York, New York

_____
J. PAUL OETKEN
United States District Judge